# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Rene Rivera**<br>**aka Rene Carlos Rivera**<br>DOB: 1990; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>**25-12297MJ** |

Complaint for violations of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8); Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and Title 18, United States Code, Section 924(c)(1)(A)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>COUNT 1</u>: On or about October 21, 2025, at or near Tucson, in the District of Arizona, **Rene Rivera aka Rene Carlos Rivera**, knowingly having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is: one (1) Radical Firearm model RF-15 multi-caliber AR handgun; said firearm being in and affecting commerce in that it was previously transported into the state of Arizona from another state or foreign country; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

<u>COUNT 2</u>: On or about October 21, 2025, at or near Tucson, in the District of Arizona, **Rene Rivera aka Rene Carlos Rivera**, did knowingly and intentionally possess with intent to distribute a quantity of fentanyl, or a quantity of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

<u>COUNT 3</u>: On or about October 21, 2025, at or near Tucson, in the District of Arizona, **Rene Rivera aka Rene Carlos Rivera**, did knowingly use a firearm, during and in relation to a drug trafficking crime, and did possess a firearm in furtherance of a drug trafficking crime, that is, Possession with Intent to Distribute Fentanyl, as alleged in Count 2 of this complaint, a felony crime prosecutable in a Court of the United States; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On October 21, 2025, Tucson Police Department (TPD) Officers conducted a traffic stop in the area of I-19 and Ajo Way, Tucson, Arizona, of a Kia Optima for civil traffic law infractions. **Rene RIVERA aka Rene Carlos RIVERA** was the driver and B. L. was the front seat passenger. The officer had **RIVERA** step out of the vehicle while the officer conducted a records check. **RIVERA** told the officer that the vehicle belonged to his girlfriend (who was not passenger B. L.). **RIVERA** also volunteered that he had served time in prison. The officer went back to the vehicle to get information and observed an AR buffer tube inside of the vehicle under the driver's seat. Drug paraphernalia was seen in the front passenger door. The AR handgun was secured from the driver's seat area since B. L. was not yet placed in a patrol vehicle.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA R. Arellano *Raquel Arellano* (Digitally signed by RAQUEL ARELLANO Date: 2025.10.27 12:41:55 -07'00')<br><br>Sworn by telephone __x__ | SIGNATURE OF COMPLAINANT<br><br>*GMartinez #47468*<br><br>OFFICIAL TITLE<br>ATF TFO/TPD Gilbert Martinez |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]<br><br>*Maria S. Aguilera* | DATE<br>October 27, 2025 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
Page 2

A search of the vehicle revealed the following: A bong was in the front passenger door handle, an electronic scale with residue was in the driver door handle, two rifle rounds were in the driver door handle, 9mm rounds were in the center console, and a pistol holster was attached below the steering wheel. In the front passenger floorboard was a box containing many unused plastic baggies.

Officers also found a grey Guess cross body bag slung over the center console with the strap coming from an angle of the driver seat, as if it was set over from the driver seat. Inside of the Guess bag were several clear baggies of different styles with circular blue pills labeled M/30. Officers also found a plastic gum container and a fake C Battery with more fentanyl pills. Finally, a small glass vile was found (underneath where the Guess bag was draped over the center console) which contained fourteen (14) more fentanyl pills

**RIVERA** was searched and a large amount of cash folded into a clear plastic baggie (similar to the baggies found on the front passenger floorboard) was found on his person. **RIVERA** stated the money was from his paycheck.

When the passenger was told she was going to be searched, she stated that she had a gun in her bra. Officers located a silver and black Ruger 9mm pistol (bearing serial number 82100611) with a loaded magazine and one round in the chamber. She told the officers the firearm was not hers. During questioning, she told officers that when she saw police, she asked **RIVERA** if he had anything in the car. She told officers that she had seen the Ruger in the center console prior to asking **RIVERA** and **RIVERA** told her he had the pistol. She told officers that she then grabbed the pistol and put it in her bra so **RIVERA** would not get in trouble.

**RIVERA** denied knowledge of the AR and M30 pills.

The firearm found under the driver's seat was a Radical Firearm model RF-15 multi-caliber AR handgun bearing serial number 25056235.

In a post-*Miranda* interview, **RIVERA** was asked about the Ruger, but he denied knowledge of anything in the car. **RIVERA** was asked if he would speak to detectives, and he stated he would take the wrap for everything in the car. The M30 fentanyl pills were weighed and based on the weight, it is roughly the equivalent of 1500 pills. The total cash found on **RIVERA's** person was $553.65.

The M30 fentanyl pills presumptively tested positive for fentanyl. The weight of the M30 fentanyl pills (with packaging) was 270.8 grams. The weight of the pills found in the glass vile was 14.9 grams (with packaging).

A law enforcement records check was conducted on **Rene RIVERA aka Rene Carlos RIVERA** which revealed the following prior felony convictions in the Pima County Arizona Superior Court: Attempted Narcotic Drug Violation dated May 2013 in case number CR20130952001; Aggravated Domestic Violence dated January 2018 in case number CR20175086-010; Escape 2nd Degree- Felony Custody dated August 2020 in case number CR20183943-001; and Attempted Kidnapping-Apprehension of Injury (domestic violence) dated August 2020 in case number CR20195959-001. These felony offenses are punishable by imprisonment greater than one year. **RIVERA** has not had his civil right to possess firearms restored.

An ATF interstate nexus expert performed a preliminary interstate nexus determination and determined that the Radical Firearm model RF-15 multi-caliber AR handgun found in the vehicle **Rene RIVERA aka Rene Carlos RIVERA** was driving was not manufactured in the state of Arizona and thus traveled in interstate and/or foreign commerce.